McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-00198 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | TRIAL CONFIRMATION HEARING AND |
| FERNANDO GOMEZ ALVAREZ, and | ) | ORDER THEREON |
| DANIEL AMBRIZ FLORES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the trial confirmation hearing currently set for **June 16, 2008** be continued to **June 23, 2008, at 9:00 a.m.**

　　　　The parties are still negotiating and attempting to resolve the matter. Additionally, counsel have calendar conflicts on the date currently set.

　　　　Although time has been excluded through the trial date of July 8, 2008, the parties agree that the delay resulting from the continuance shall be excluded in the

interests of justice, including but not limited to, the need for the period of time set forth herein for

//

//

//

//

1

effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

| Dated: June 11, 2008 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | By: /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant U.S. Attorney |
| Dated: June 11, 2008 | /s/ Ann H. Voris<br>ANN H. VORIS<br>Attorney for the Defendant Alvarez |
| Dated: June 11, 2008 | /s/ Carl M. Faller<br>CARL M. FALLER<br>Attorney for the Defendant Flores |

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   June 12, 2008**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE